1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

11 GEORGE AVALOS,

12                    Plaintiff,

13          v.

14 WEST TOWN LLC,

15                    Defendant.

16

Case No.: 1:21-cv-00234 NONE JLT

ORDER CONTINUING SCHEDULING CONFERENCE

17          The plaintiff filed this action on February 22, 2021 (Doc. 1). The next day, the Court issued the

18 summons (Doc. 3) and the order setting the mandatory scheduling conference (Doc. 3). The plaintiff

19 has returned an executed summons[1] (Doc. 5) and an amended summons. The defendant has not

20 appeared, and the plaintiff has taken no action to prosecute this action. Therefore, the Court ORDERS:

21          1.       The scheduling conference is CONTINUED to July 12, 2021 at 8:30 a.m.

22          2.       Plaintiff SHALL seek default or take other action to prosecute this action.

23          The plaintiff is advised that the failure to comply with the Court's orders will result in a

24 recommendation that the matter be dismissed.

25

26 IT IS SO ORDERED.

27    Dated:   __May 12, 2021__        _____ /s/ Jennifer L. Thurston__
                                        CHIEF UNITED STATES MAGISTRATE JUDGE
28

---

[1] The Court makes no determination as to the effectiveness of the purported service at this time.