# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WEST TOWN LLC,<br><br>　　　　　Defendant. | Case No.: 1:21-cv-00234 NONE JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 9) |

The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 9) Thus, the Court **ORDERS**:

　　1.　　The stipulation to dismiss the action **SHALL** be filed **no later than August 30, 2021**;

　　2.　　All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　　Dated: __June 27, 2021__　　　　　　_____/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE